**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1147**

In re:  LARRY ROGER AYSCUE, JR.,

Petitioner.

On Petition for a Writ of Mandamus
(5:09-cv-00075-RJC)

Submitted:  April 19, 2012          Decided:  April 25, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Larry Roger Ayscue, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Roger Ayscue, Jr., a state prisoner, petitions this court for a writ of mandamus, seeking an order compelling the district court to rule on his 28 U.S.C. § 2254 (2006) petition. The district court dismissed Ayscue's § 2254 petition on January 31, 2012. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before us and argument would not aid the decisional process.

PETITION DENIED